IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JACQUOLENE L. LYTLE,

    Plaintiff,

vs.                                            CASE NO. 5:09cv366/RS-WCS

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). The recommended action is not opposed by Plaintiff.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The relief requested by Defendant's Motion To Remand (Doc. 18) is granted. The clerk is directed to enter final judgment reversing the Commissioner's decision to deny benefits and remand the application to the Commissioner for rehearing pursuant to sentence four of 42 U.S.C. §405(g) for the purposes stated in Defendant's Motion for Remand.

3. The clerk is directed to close the file.

**ORDERED** on June 24, 2010.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**