IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JAQUOLENE LYTLE,

    Plaintiff,

vs.                                  CASE NO. 5:9-cv-366/RS-WCS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before me are the Plaintiff's Motion for Attorney's Fees (Doc. 22) and the Magistrate Judge's Report and Recommendation (Doc. 25). No objections have been filed.

**It is Ordered:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated into this Order.

2. The relief requested in Plaintiff's Motion for Attorney's Fees (Doc. 22), pursuant to the Equal Access to Justice Act, is **granted**.

3. The Secretary of the Department of Health and Human Services shall certify and pay to Plaintiff $3,707.50 as a reasonable attorney and paralegal fee.

**ORDERED** on September 1, 2010

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**